STATE OF NEW JERSEY v. VINCENT CARTER.

November 27, 1974. Petition for certification denied.

JOHN PANEPINTO v. EDMART, INC.

November 27, 1974. Petition for certification denied. (See 129 *N. J. Super.* 319)

STATE OF NEW JERSEY v. FRANCISCO CANCANON.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL J. TAMBURRO.

November 27, 1974. Petition for certification granted.

ARTHUR MC KEOWN v.
NEW JERSEY STATE PAROLE BOARD.

November 27, 1974. Petition for certification denied.